

Entered on Docket
March 15, 2010

_____
Hon. Linda B. Riegle
United States Bankruptcy Judge

_____

APN:
Philip K. Goldstein, Esq.
Nevada Bar #4275
LAW OFFICES OF PHILIP K. GOLDSTEIN, LTD.
609 South Seventh Street
Las Vegas, NV  89101
(702) 388-2004
Attorney for Debtors

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA

In Re:                                                )   CASE NO. 09-31139 LBR
    LANCE ATCHISON,                  )   CHAPTER 13
    CHERYL ATCHISON,                )
                                                           )   Date of Hearing:  3/11/10
                        Debtors.               )   Time of Hearing:  2:30 P.M.
                                                           )

### ORDER GRANTING DEBTORS' MOTION TO VALUE COLLATERAL, "STRIP OFF" AND MODIFY RIGHTS OF HFC (****8661) PURSUANT TO 11 U.S.C. §506(a) AND §1322

The Court, having reviewed Debtors' Motion To Value Collateral, and good cause appearing, IT IS ORDERED:

1.    That the lien against Debtors' property located at 4851 Villa Carmen Cr., North Las Vegas, Nevada, 89031, be and hereby is avoided and released and will now become an unsecured claim.

2.    Nothing alters the rights of HFC (****8661) under a conversion or a dismissal.

DATED: This 12 day of March, 2010.

Submitted By:

LAW OFFICES OF PHILIP K. GOLDSTEIN, LTD.

By: _____
PHILIP K. GOLDSTEIN, ESQ.
Nevada Bar #4275
Attorney for Debtors

WHEN RECORDED RETURN TO:
PHILIP K. GOLDSTEIN, ESQ.
609 S. 7TH ST., LAS VEGAS, NV 89101

**ALTERNATIVE METHOD re: RULE 9021:**

In accordance with Local Rule 9021, counsel submitting this document certifies as follows:

_____ The court waived the requirements of approval under LR 9021.

___✓___ This is a chapter 7 or 13 case, and either with the motion, or at the hearing, I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below:

Trustee: Kathleen Leavitt/ Rick Yarnall   - approved/ disapproved/ failed to respond

Counsel appearing: _____ - approved/ disapproved/ failed to respond

_____ I certify that I have served a copy of this order with the motion, and no parties appeared or filed written objections.

###