KATHLEEN A LEAVITT
CHAPTER 13 STANDING TRUSTEE
201 LAS VEGAS BLVD SOUTH
SUITE 200
LAS VEGAS, NV  89101
(702)853-0700

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

IN RE:
LANCE REED ATCHISON
CHERYL LOUISE ATCHISON


        DEBTORS

CASE NO: 09-31139-LBR
CHAPTER 13

## NOTICE OF FINAL CURE PAYMENT

        Pursuant to Federal Rule of Bankruptcy Procedure 3002.1(f), the Chapter 13 Trustee, KATHLEEN A. LEAVITT files this Notice of Final Cure Payment.    **NOTICE: A RESPONSE IS REQUIRED.**  Pursuant to Federal Rule of Bankruptcy Procedure 3002.1(g), within 21 days after service of this NOTICE OF FINAL CURE PAYMENT, the holder <u>shall</u> file and serve on 1) the debtor, 2) debtor's counsel, and 3) the trustee a statement indicating:

        (1)  whether it agrees that the debtor has paid in full the amount required to cure the default on the claim, and;
        (2)  whether the debtor is otherwise current on all payments consistent with § 1322(b)(5) of the Code.

        The statement <u>shall</u> itemize the required cure or postpetition amounts, if any, that the holder contends remain unpaid as of the date of the statement. The statement <u>shall</u> be filed as a supplement to the holder's proof of claim and is not subject to Rule 3001(f).  Failure to respond may preclude presentment of this information in any contested matter and/or result in sanctions.

        The amount required to cure the default in the claim  listed below **has been paid in full**.

**Final Cure Amount**

| Court Claim # | Name of Creditor Account Number Property Address | | Claim Allowed | Amount Paid by Trustee |
|---|---|---|---|---|
| <u>2</u> | **JP MORGAN CHASE BANK, NATION** 1802 4851 VILLA CARMEA CIRCLE, NLV NV 89031 | Pre Petition Arrearages | <u>$4,448.26</u> | <u>$4,448.26</u> |
| <u>2</u> | **JP MORGAN CHASE BANK, NATION** 1802 4851 VILLA CARMEA CIRCLE, NLV NV 89031 | Direct by Debtor | <u>$160,453.61</u> | <u>$0.00</u> |

**Monthly Ongoing Mortgage Payment**

**Mortgage is Paid:**    __ **By the Chapter 13 Trustee**          **X Direct by the Debtor**

DISBURSEMENT HISTORY

LANCE REED ATCHISON                                    09-31139-LBR
CHERYL LOUISE ATCHISON

**Trustee Claim #3**

| | Disbursement Date | Check Number | Amount |
|---|---|---|---|
| JP MORGAN CHASE BANK, NATIONAL A | 11/01/2011 | 1,188,330 | $1,109.55 |
| JP MORGAN CHASE BANK, NATIONAL A | 12/01/2011 | 1,191,183 | $259.88 |
| JP MORGAN CHASE BANK, NATIONAL A | 01/01/2012 | 1,193,763 | $259.88 |
| JP MORGAN CHASE BANK, NATIONAL A | 02/01/2012 | 1,196,339 | $259.88 |
| JP MORGAN CHASE BANK, NATIONAL A | 03/01/2012 | 1,199,151 | $259.88 |
| JP MORGAN CHASE BANK, NATIONAL A | 04/01/2012 | 1,202,066 | $259.88 |
| JP MORGAN CHASE BANK, NATIONAL A | 05/01/2012 | 1,205,009 | $259.88 |
| JP MORGAN CHASE BANK, NATIONAL A | 06/01/2012 | 1,207,951 | $259.88 |
| JP MORGAN CHASE BANK, NATIONAL A | 07/01/2012 | 1,210,751 | $940.28 |
| JP MORGAN CHASE BANK, NATIONAL A | 08/01/2012 | 1,213,671 | $259.88 |
| JP MORGAN CHASE BANK, NATIONAL A | 09/01/2012 | 1,216,546 | $259.88 |
| JP MORGAN CHASE BANK, NATIONAL A | 10/01/2012 | 1,219,236 | $59.51 |

**Total Paid: $4,448.26**

1    KATHLEEN A. LEAVITT
      CHAPTER 13 STANDING TRUSTEE
2    201 Las Vegas Blvd South
      Suite 200                                 E-filed on: 7/16/13
3    Las Vegas, NV  89101
      (702) 853-0700

4

                   **UNITED STATES BANKRUPTCY COURT**

5                       **DISTRICT OF NEVADA**

6    **IN RE:**                          **CASE NO: BKS-09-31139-LBR**
                                       **Chapter 13**

7    **LANCE REED ATCHISON**
      **CHERYL LOUISE ATCHISON**

8

                   **Debtor (s)**

9

10                       **CERTIFICATE OF SERVICE**

11    1.  On  July 16, 2013 I served the following document(s):

12       **NOTICE OF FINAL CURE PAYMENT**

13    2.  I served the above- named document(s) by the following means to the persons as listed below:

14       **United States mail, postage fully prepaid**

15

16    LANCE REED ATCHISON        JP MORGAN CHASE BANK,
      CHERYL LOUISE ATCHISON     NATIONAL ASSOCIATION
      4851 VILLA CARMEN CIRCLE    7255 BAY MEADOWS WAY
17    NORTH LAS VEGAS, NV  89031    JACKSONVILLE, FL  32256

18

19    JP MORGAN CHASE BANK,       PHILIP K GOLDSTEIN, ESQ
      NATIONAL ASSOCIATION        901 PRAIRIE ZINNIA DRIVE
      7255 BAY MEADOWS WAY        BERNALILLO, NM  87004
20    JACKSONVILLE, FL  32256

21    ELECTRONIC SERVICE -
      LAURA L FRITZ ESQ
22    ANDREW S T FRITZ LTD
      609 SOUTH 7TH STREET
      LAS VEGAS, NV  89101

23

24    **I declare under penalty of perjury that the foregoing is true and correct.**

25    Signed on:  7/16/13                /s/ Esther Carr
                                    Employee of
26                                     Kathleen A. Leavitt
                                    Chapter 13 Standing Trustee