KATHLEEN A LEAVITT
CHAPTER 13 STANDING TRUSTEE                                    e-filed on 08/16/2013
201 LAS VEGAS BLVD SOUTH
SUITE 200
LAS VEGAS, NV  89101
(702)853-0700
kal13mail@las13.com

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

IN RE:                                                         CHAPTER 13
LANCE REED ATCHISON                                            CASE NO: BKS-09-31139-LBR
CHERYL LOUISE ATCHISON
4851 VILLA CARMEN CIRCLE
NORTH LAS VEGAS, NV  89031

### CHAPTER 13 FINAL ACCOUNT AND REPORT - COMPLETED (BAPCPA)

   Pursuant to Fed. R. Bankr P. 5009, Kathleen A. Leavitt, Chapter 13 Bankruptcy Trustee, certifies that, based on their records the Debtor's Chapter 13 bankruptcy estate has been fully administered and/or the Debtor has completed all payments under the plan.  Accordingly, the Trustee hereby submits the following Final Account and Report of the Administration of the estate pursuant to 11 USC Sec. 1302 (b)(1).

Any objection to the Trustee's Final Account and Report must be written, state the grounds of objection, and be filed no later than 9/20/13, with the Clerk, United States Bankruptcy Court, Foley Federal Building, 300 Las Vegas Boulevard South, 3rd Floor,Las Vegas, NV 89101, with a copy served upon Kathleen A. Leavitt, Chapter 13 Bankruptcy Trustee, 302 E Carson, Suite 300, Las Vegas, NV 89101.  In the absence of a timely filed Objection, the Bankruptcy Court may, if appropriate,  issue the debtor(s) a Discharge.  In the event an objection is timely filed, the objecting party shall serve a copy of the objection upon the Trustee at the above address pursuant to Local Bankruptcy Rule 9014.

| Case Filed Date: | Date Plan Confirmed: | Date Case Closed: |
|---|---|---|
| 11/06/2009 | 03/25/2010 | 08/07/2013 |

Total funds received and disbursed pursuant to the plan:       13,519.60        Detail of Disbursements below:

| CREDITOR NAME | CLERK'S CLAIM # | TRUSTEE'S CLAIM NO. | CLASS OF CLAIM | ALLOWED CLAIM AMOUNT | PRINCIPAL PAID | INTEREST PAID |
|---|---|---|---|---:|---:|---:|
| PHILIP K GOLDSTEIN, ESQ |  | 00000 | PRIOR ATTORNEY | 5,999.00 | 5,999.00 | 0.00 |
| APPLIED BANK CARD | 10 | 00002 | UNSECURED | 409.64 | 8.92 | 0.00 |
| JP MORGAN CHASE BANK, NATIONAL ASSOCIATION | 2 | 00003 | RESIDENCE MORTG ARREARS PRE | 4,448.26 | 4,448.26 | 0.00 |
| CITIFINANCIAL RETAIL SERVICES INC | 4 | 00004 | UNSECURED | 4,336.87 | 94.36 | 0.00 |
| CAPITAL ONE BANK (USA) NA | 8 | 00005 | UNSECURED | 1,057.73 | 16.08 | 0.00 |
| PRA RECEIVABLES MANAGEMENT LLC AS AGENT OF | 7 | 00006 | UNSECURED | 3,399.39 | 66.95 | 0.00 |
| Dept. of Employment |  | 00007 | UNSECURED BY MATRIX | 0.00 | 0.00 | 0.00 |
| FINANCIAL PACIFIC LEASING LLC | 5 | 00008 | UNSECURED | 8,411.25 | 165.63 | 0.00 |
| PRA RECEIVABLES MANAGEMENT LLC AS AGENT OF | 6 | 00009 | UNSECURED | 700.93 | 15.23 | 0.00 |
| HSBC MORTGAGE SERVICES | 11 | 00010 | UNSECURED | 92,619.72 | 1,823.77 | 0.00 |
| PRA RECEIVABLES MANAGEMENT LLC | 3 | 00011 | UNSECURED | 1,408.93 | 30.65 | 0.00 |
| SPIRIT OF AMERICA NATIONAL BANK/LANE BRYANT | 1 | 00012 | UNSECURED | 191.53 | 0.00 | 0.00 |
| Nevada Dept. of Taxation |  | 00013 | UNSECURED BY MATRIX | 0.00 | 0.00 | 0.00 |
| CAPITAL ONE BANK USA |  | 00019 | UNSECURED | 0.00 | 0.00 | 0.00 |
| CAPITAL ONE BANK (USA) NA | 9 | 00020 | UNSECURED | 1,962.00 | 34.23 | 0.00 |

**ATCHISON, LANCE REED and ATCHISON, CHERYL LOUISE**               CASE NO: BKS-09-31139-LBR

| CREDITOR NAME | CLERK'S CLAIM # | TRUSTEE'S CLAIM NO. | CLASS OF CLAIM | ALLOWED CLAIM AMOUNT | PRINCIPAL PAID | INTEREST PAID |
|---|---|---|---|---|---|---|
| JP MORGAN CHASE BANK, NATIONAL ASSOCIATION | 2 | 00022 | RESIDENCE MORTGAGE DIRECT | 160,453.61 | 0.00 | 0.00 |
| LAURA L FRITZ ESQ | | 00000 | Administrative | $0.00 | $0.00 | |

The debtor(s) attorney, LAURA L FRITZ ESQ, was allowed $0.00 of which $0.00 was paid directly by the debtor(s) and $0.00 was paid from the plan.  The filing fee has been paid to the clerk directly by the debtor/debtor's Attorney.

**Disbursement Summary:**

| | |
|---|---|
| Trustee Fees Pursuant to 11 USC 1326 (b) | $816.50 |
| 11 USC 503(b) Administrative Expenses | $0.00 |
| Sanctions/Additional Expenses | $0.00 |
| Attorney's Fees | $0.00 |
| Previous Attorney Fees | $5,999.00 |
| Priority | 0.00 |
| Secured | 4,448.26 |
| Unsecured | 2,255.84 |
| Refund to the Debtor and/or Chapter 7 Trustee | $0.00 |
| Total | $13,519.60 |

Dated: 8/16/13

Submitted by:

/s/ Kathleen A. Leavitt
KATHLEEN A. LEAVITT
Chapter 13 Standing Trustee

KATHLEEN A LEAVITT
CHAPTER 13 STANDING TRUSTEE
201 Las Vegas Blvd South
Suite 200
Las Vegas, NV  89101
(702)853-0700

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| IN RE:<br>**LANCE REED ATCHISON**<br>**CHERYL LOUISE ATCHISON**<br><br><br>**Debtor (s)** | CASE NO: BKS-09-31139-LBR<br>Chapter 13 |

# CERTIFICATE OF SERVICE

1. On August 16, 2013, I served the following document(s):

    **CHAPTER 13 FINAL ACCOUNT AND REPORT - COMPLETED (BAPCPA)**

2. I served the above- named document(s) by the following means to the persons as listed below:

    **United States mail, postage fully prepaid**

| | | |
|---|---|---|
| UNITED STATES BANKRUPTCY COURT<br>300 LAS VEGAS BLVD., SOUTH<br>LAS VEGAS, NV  89101 | APPLIED BANK<br>P.O. BOX 17120<br>WILMINGTON, DE  19886 | CHASE/WAMU<br>PO BOX 78148<br>PHOENIX, AZ  85062 |
| CITI FINANCIAL<br>3250 N. TENAYA WAY STE 109<br>LAS VEGAS, NV  89129 | CAPITAL ONE<br>P.O. BOX 60599<br>CITY OF INDUSTRY, CA  91716 | CARE CREDIT<br>P.O. BOX 960061<br>ORLANDO, FL  32896 |
| DEPT. OF EMPLOYMENT<br>500 E. THIRD ST.<br>CARSON CITY, NV  89713 | FINANCIAL PACIFIC<br>3455 S. 344TH WAY STE 300<br>FEDERAL WAY, WA  98001 | GE MONEY BANK<br>P.O. BOX 960061<br>ORLANDO, FL  32896 |
| HFC<br>7035 WEST ANN ROAD #160<br>LAS VEGAS, NV  89130 | JC PENNEY<br>P.O. BOX 960090<br>ORLANDO, FL  32896 | LANE BRYANT RETAIL<br>P.O. BOX 427<br>MILFORD, OH  45150 |
| NEVADA DEPT. OF TAXATION<br>555 E. WASHINGTON #1300<br>LAS VEGAS, NV  89101 | US TRUSTEE<br>300 LAS VEGAS BLVD SO. #4300<br>LAS VEGAS, NV  89101 | CHERYL LOUISE ATCHISON<br>4851 VILLA CARMEN CIRCLE<br>NORTH LAS VEGAS, NV  89031 |

**ATCHISON, LANCE REED and ATCHISON, CHERYL LOUISE**          CASE NO: BKS-09-31139-LBR

KATHLEEN A. LEAVITT
201 LAS VEGAS BLVD., SO. #200
LAS VEGAS, NV  89101

LANCE REED ATCHISON
4851 VILLA CARMEN CIRCLE
NORTH LAS VEGAS, NV  89031

PHILIP K GOLDSTEIN
609 S 7TH ST
LAS VEGAS, NV  89101


609 S 7TH ST|LAS VEGAS, NV 89101
LAS VEGAS, NV 89101
,  00000

CHASE HOME FINANCE, LLC.
MAIL CODE LA4-5555  700 KANSAS LANE
MONROE, LA  71203

HSBC MORTGAGE SERVICES, INC.
636 GRAND REGENCY BLVD.
BRANDON, FL  33510


JPMORGAN CHASE BANK, N.A.
MALCOLM CISNEROS
2112 BUSINESS CENTER DRIVE
SECOND FLOOR
IRVINE, CA  92612

PRA RECEIVABLES MANAGEMENT LLC
POB 41067
NORFOLK, VA  23541

CITIFINANCIAL INC
P.O. BOX 140489
IRVING, TX  75014-0489


APPLIED BANK
POB 17125
WILMINGTON, DE  19850-7125

APPLIED BANK
P.O. BOX 17120
WILMINGTON DE 19886
,  19886

CHASE/WAMU
PO BOX 78148
PHOENIX AZ 85062
,  85062


CITI FINANCIAL
3250 N. TENAYA WAY STE 109
LAS VEGAS NV 89129
,  89129

CAPITAL ONE
P.O. BOX 60599
CITY OF INDUSTRY CA 91716
,  91716

CAPITAL ONE BANK (USA), N.A.
BY AMERICAN INFOSOURCE LP AS AGENT
PO BOX 71083
CHARLOTTE, NC  28272-1083


CARE CREDIT
P.O. BOX 960061
ORLANDO FL 32896
,  32896

DEPT. OF EMPLOYMENT
500 E. THIRD ST.
CARSON CITY NV 89713
,  89713

FINANCIAL PACIFIC LEASING, LLC
PO BOX 4568
FEDERAL WAY, WA  98063-4568


FINANCIAL PACIFIC
3455 S. 344TH WAY STE 300
FEDERAL WAY WA 98001
,  98001

GE CAPITAL CORP
4125 WINDWARD PLAZA DRIVE
ALPHARETTA GA 30005
,  30005

GE CONSUMER FINANCE
FOR GE MONEY BANK
DBA BIG O TIRES/GEMB
PO BOX 960061
,  32896-0661


GE CONSUMER FINANCE
FOR GE MONEY BANK
DBA CARE CREDIT/GEMB
PO BOX 960061
,  32896-0661

GE MONEY BANK
P.O. BOX 960061
ORLANDO FL 32896
,  32896

HFC
7035 WEST ANN ROAD #160
LAS VEGAS NV 89130
,  89130


HSBC MORTGAGE SERVICES, INC
636 GRAND REGENCY BLVD
BRANDON, FL  33510

JC PENNEY
P.O. BOX 960090
ORLANDO FL 32896
,  32896

JP MORGAN CHASE BANK, NATIONAL ASSOCIATION
7255 BAY MEADOWS WAY
JACKSONVILLE, FL  32256


LANE BRYANT RETAIL
P.O. BOX 427
MILFORD OH 45150
,  45150

NEVADA DEPT. OF TAXATION
555 E. WASHINGTON #1300
LAS VEGAS NV 89101
,  89101

PRA RECEIVABLES MANAGEMENT, LLC
AS AGENT OF PORTFOLIO RECOVERY ASSOCS.
PO BOX 12914
NORFOLK VA 23541

ATCHISON, LANCE REED and ATCHISON, CHERYL LOUISE                    CASE NO: BKS-09-31139-LBR

| | | |
|---|---|---|
| SPIRIT OF AMERICA NATIONAL BANK/LANE BRYANT FIRST EXPRESS PO BOX 856132 LOUISVILLE, KY  40285-6132 | US TRUSTEE 300 LAS VEGAS BLVD SO. #4300 LAS VEGAS NV 89101 ,  89101 | LAURA L. FRITZ 609 S. 7TH ST. LAS VEGAS, NV  89101 |

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed on: 08/16/2013                               /s/ Esther Carr

Employee of
Kathleen A. Leavitt
Chapter 13 Standing Trustee

Page 3 of 3